IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LLOYD HRONIS,

        Plaintiff,                     No. CIV S-04-1267 GEB DAD P

        vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS MEDICAL
HEALTH PROFESSIONALS, et al.,        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 20, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2005, are adopted in full;

2. Plaintiff's August 9, 2004 application to proceed in forma pauperis is denied; and

3. This action is dismissed with prejudice on the grounds that it is factually frivolous, fails to state a claim upon which relief may be granted, is duplicative, and is barred by the doctrine of res judicata.

Dated: January 26, 2006

```
/s/ Garland E. Burrell, Jr.
```
GARLAND E. BURRELL, JR.
United States District Judge

/hron1267.804